FILED

09/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0280

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0280

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

DANIEL GEORGE RICHARDS,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including November 5, 2022, within which to prepare, serve, and file its response brief.

MPD

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 29 2022